IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-30807
Summary Calendar
_____

SHANE DANTONI,

Plaintiff-Appellant,

versus

CITY OF NEW ORLEANS; ET AL.,

Defendants,

CITY OF NEW ORLEANS; GARY CALICO, Individually and in his
capacity as an Officer of the New Orleans Police Department; FRED
FATH, Individually and in his capacity as an Officer of the New
Orleans Police Department; LIONEL HAYNES, Individually and in his
official capacity as an Officer of the New Orleans Police
Department,

Defendants-Appellees.

- - - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 96-CV-3083
- - - - - - - - - - -
February 16, 1998
Before KING, HIGGINBOTHAM and DAVIS, Circuit Judges.

PER CURIAM:*

Shane Dantoni appeals the summary-judgment dismissal of his

civil rights claims against the City of New Orleans (the "City"),

pursuant to 42 U.S.C. § 1983, for use of excessive force by

_____

   * Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Officer Gary Calico during the course of his arrest in March 1996.** Dantoni argues that the magistrate judge erred in dismissing his lawsuit after concluding that he had failed to create a genuine issue of fact regarding the existence of a municipal policy which caused Officer Calico to violate his civil rights. We have reviewed the briefs and the record and affirm for essentially the same reasons stated by the magistrate judge. See Board of County Comm'rs of Bryan County, Oklahoma v. Brown, 117 S. Ct. 1382, 1386-90 (1997).

AFFIRMED.

---

** Dantoni's lawsuit also included several state-law causes of action. Because he does not raise the issue of the dismissal of these claims on appeal, we decline to address them. Baker v. Putnal, 75 F.3d 190, 200 (5th Cir. 1996).